UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WJ HOLDING LTD and STUBRICK LIMITED,

                             Plaintiffs,

              v.

SHIREEN MARITIME LTD, MAZLIN TRADING CORP., AMM CONSULTING AND MANAGEMENT GROUP LLC, and ALEXANDER SPIEGEL,

                             Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

20-CV-1068 (LDH) (CLP)

---

LaSHANN DeARCY HALL, United States District Judge:

On November 25, 2020, Chief Magistrate Judge Cheryl Pollak issued a Report and Recommendation recommending that this Court grant Plaintiffs' request to remand the case to state court and deny Plaintiffs' request for fees and costs. The parties were given until December 9, 2020, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Pollak's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiffs' motion to remand for lack of subject-matter jurisdiction is GRANTED. Plaintiff's motion to remand on procedural grounds is DENIED as moot, and the request for fees and costs is DENIED.

SO ORDERED:

Dated: Brooklyn, New York
December 17, 2020

/s/ LDH
LaSHANN DeARCY HALL
United States District Judge